HINKLE v. STORY et al.

LUMPKIN, J.—There was no legal merit in the motion for a continuance; and as, under the facts in evidence, the property levied on was manifestly, and beyond doubt, subject to the plaintiffs' execution, there was no error in directing a verdict accordingly.

May 13, 1895. Brought forward from the last term.     *Judgment affirmed.*

Levy and claim. Before Judge FISH. Sumter superior court. May term, 1894.

FORT & WATSON, for plaintiff in error.

L. J. BLALOCK and W. P. WALLIS, *contra.*